THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. BARNES, Appellant.— Judgment of conviction affirmed. All concur, except Harris, J., who dissents and votes for reversal and for granting a new trial in the following memorandum: Proof as to other crimes in the vicinity of the killing of Mrs. Kennedy was received without proper foundation. In its charge, the court refers to such crimes as part of the *res gestae*. Such testimony may have been admissible in rebuttal but only to substantiate the truth of the contents of the confessions. The ruling of the trial court and its charge as to a violation of section 165 of the Code of Criminal Procedure, was insufficient to advise properly the jury. (*People* v. *Malinski*, 292 N. Y. 360, revd. in part *sub nom. Malinski* v. *New York*, 324 U. S. 401.) With the above in mind, it cannot be said that the defendant was not prejudiced on his trial. (The judgment convicts defendant of the crime of murder, first degree, with a recommendation of leniency. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of ARTHUR J. GOODWIN, Petitioner, against MARK GRAVES, as Commissioner of Taxation and Finance of the State of New York, Respondent. — Determination confirmed, without costs. All concur. (Review of determination of defendant dismissing petitioner from the Department of Taxation and Finance.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

VIOLET D. BACON, an Infant, by VIRGINIA BROWN, Her Guardian ad Litem, Respondent, v. ANNA WYCKOFF, Individually and as Administratrix of the Estate of SAMUEL WYCKOFF, Deceased, Doing Business under the Name of WYCKOFF TAXI SERVICE COMPANY, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the plaintiff was a passenger for hire was against the weight of the evidence. All concur. (The judgment is for plaintiff in a taxicab negligence action.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.